Energy Chiropractic, P.C. v Nationwide Ins. (2022 NY Slip Op
51379(U))

[*1]

Energy Chiropractic, P.C. v Nationwide Ins.

2022 NY Slip Op 51379(U) [77 Misc 3d 140(A)]

Decided on December 23, 2022

Appellate Term, Second Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on December 23, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., MICHELLE WESTON, WAVNY
TOUSSAINT, JJ

2021-589 K C

Energy Chiropractic, P.C., as
Assignee of Crawford, Rayisha, Appellant, 
against
Nationwide Insurance, Respondent.

The Rybak Firm, PLLC (Damin J. Toell and Richard Rozhik of counsel), for appellant.
Hollander Legal Group, P.C. (Allan S. Hollander of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Ira
R. Greenberg, J.), dated April 16, 2020. The order granted defendant's motion for
summary judgment dismissing the complaint and denied plaintiff's cross motion for
summary judgment.

ORDERED that the order is modified by providing that defendant's motion for
summary judgment dismissing the complaint is denied; as so modified, the order is
affirmed, without costs.
For the reasons stated in MSB Physical Therapy, P.C., as Assignee of Crawford,
Rayisha v Nationwide Ins. (— Misc 3d —, 2022 NY Slip Op —
[Appeal No. 2021-622 K C], decided herewith), the order is modified by providing that
defendant's motion for summary judgment dismissing the complaint is denied.
ALIOTTA, P.J., WESTON and TOUSSAINT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: December 23, 2022